JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN ALEXANDER SIMMONS, | ) Case No. EDCV 12-1406 JGB (MRW) ) |
| Petitioner, | ) JUDGMENT ) |
| vs. | ) |
| DOMINGO URIBE JR., Warden, | ) ) |
| Respondent. | ) ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

JS - 6

DATE: 5/21/13

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE